GARY M. RESTAINO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. 51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sheila.phillips2@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ___ LODGED
___ RECEIVED    ___ COPY

OCT 1 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY    SMIt    DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Michael Allison Tre Parker,<br><br>                    Defendant. | No.   CR-22-01334-PHX-DWL (MHB)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 922(a)(1)(A), 923(a),<br>and 924(a)(1)(D)<br>(Dealing Firearms without a<br>License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(Making False Statements in FFL<br>Records)<br>Counts 2-20<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or between September 15, 2020, and January 12, 2021, in the District of Arizona, Defendant MICHAEL ALLISON TRE PARKER, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 – 20

On or about the dates listed below, in the District of Arizona, Defendant MICHAEL ALLISON TRE PARKER knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MICHAEL ALLISON TRE PARKER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he resided at an address on North 7th Street, whereas in truth and fact, Defendant MICHAEL ALLISON TRE PARKER knew that he resided at a different address:

| Count | Date | FFL | Location | # Firearms |
|---|---|---|---|---|
| 2 | 11/12/2020 | Arizona Firearms (FFL# 9-86-04194) | 1315 W. University Dr. Tempe, AZ 85281 | Two (2) |
| 3 | 11/20/2020 | Scottsdale Gun Club (FFL# 9-86-01053) | 14860 N. Northsight Blvd. Scottsdale, AZ 85260 | Four (4) |
| 4 | 11/20/2020 | Sportsman's 252 (FFL# 9-86-09273) | 10145 W. McDowell Rd Avondale, AZ 85392 | Three (3) |
| 5 | 12/05/2020 | Shoot Em Up (FFL# 9-86-14660) | 5358 W. Yucca St. Glendale, AZ 85304 | Three (3) |
| 6 | 12/05/2020 | Sportsmans's 252 (FFL# 9-86-09273) | 10145 W. McDowell Rd Avondale, AZ 85392 | Five (5) |
| 7 | 12/11/2020 | Sportsmans's 252 (FFL# 9-86-09273) | 10145 W. McDowell Rd Avondale, AZ 85392 | One (1) |
| 8 | 12/11/2020 | Sportsman's 117 (FFL# 9-86-00926) | 19205 N. 27th Ave. Phoenix AZ, 85027 | Four (4) |
| 9 | 12/11/2020 | Tombstone Tactical (FFL# 9-86-07644) | 10011 N. Metro Pkwy E. Phoenix, AZ 85051 | Two (2) |
| 10 | 12/11/2020 | Ammo AZ (FFL# 9-86-10573) | 2005 W. Deer Valley Rd. Phoenix AZ, 85027 | Three (3) |
| 11 | 12/22/2020 | Tombstone Tactical (FFL# 98-86-07644) | 10011 N. Metro Pkwy E. Phoenix, AZ 85051 | One (1) |
| 12 | 12/22/2020 | Ammo AZ (FFL# 9-86-10573) | 2005 W. Deer Valley Rd. Phoenix AZ, 85027 | Two (2) |
| 13 | 01/09/2021 | Amma AZ (FFL# 9-86-10573) | 2005 W. Deer Valley Rd. Phoenix AZ, 85027 | Three (3) |
| 14 | 01/09/2021 | Sportsman's 117 (FFL# 9-86-00926) | 19205 N. 27th Ave. Phoenix AZ, 85027 | One (1) |
| 15 | 01/12/2021 | Tombstone Tactical (FFL# 9-86-07644) | 10011 N. Metro Pkwy E. Phoenix, AZ 85051 | Two (2) |

| 16 | 01/16/2021 | Arizona Firearms (FFL# 9-86-04194) | 1315 W. University Dr. Tempe, AZ 85281 | Three (3) |
| 17 | 01/22/2021 | Ammo AZ (FFL# 9-86-10573) | 2005 W. Deer Valley Rd. Phoenix AZ, 85027 | Five (5) |
| 18 | 01/22/2021 | Tombstone Tactical (FFL# 98-86-07644) | 10011 N. Metro Pkwy E. Phoenix, AZ 85051 | Four (4) |
| 19 | 01/30/2021 | Arizona Firearms (FFL# 9-86-04194) | 1315 W. University Dr. Tempe, AZ 85281 | Three (3) |
| 20 | 01/30/2021 | Pistol Parlor Inc. (FFL# 9-86-37380) | 1356 S. Gilbert Rd. Mesa, AZ 85204 | Three (3) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 20 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 20 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28

U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date: October 11, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*

SHEILA PHILLIPS
Assistant U.S. Attorney

- 4 -