TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-22-01334-PHX-DWL |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' SENTENCING MEMORANDUM** |
| Micheal Allison Tre Parker, | |
| Defendant. | |

The United States hereby requests that the Court sentence Defendant to a minimum of 6 months of imprisonment followed by three years of supervised release.  The facts of this case simply do not support a probationary sentence.

I.    BACKGROUND

Defendant purchased and sold 55 firearms in a four-month period between 2020 and 2021, including at least 8 semi-automatic firearms.  PSR at 16-17.  Twenty-three of his purchased firearms were recovered in crimes in California. *Id.*  As Defendant lied on the ATF Form 4473 regarding his address, agents did not locate him until February 2, 2021.  Shortly after which, agents were unable to contact or locate Defendant.  PSR ¶¶ 7-10.  After agents determined that 23 of 55 firearms were recovered in crimes, and Defendant's whereabouts were unknown, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) sought charges. *See* PSR ¶ 11.

On October 11, 2022, a grand jury in the District of Arizona indicted Defendant on One Count of Dealing Firearms without a License in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(s), and 924(a)(1)(D) and 19 Counts of Making False Statements During the Purchase of a Firearm.  Defendant was not arrested until found on February 7, 2025.  *See* PSR ¶ 12.

On November 18, 2025, Defendant pleaded guilty to Dealing Firearms without a License pursuant to a Fed. R. Crim P. 11(c)(1)(C) agreement that set a cap at the low end of the guideline range.  PSR ¶ 3.

## II.    SENTENCING GUIDELINES

The Presentence Investigation Report (PSR) accurately calculates the sentencing guideline range at 18 to 24 months of incarceration based on an Offense Level of 15 and a Criminal History Category of I.  PSR at 16.  The Probation Officer recommends a sentence of three years' probation. *Id*.

## III.    UNITED STATES' SENTENCING RECOMMENDATION

Although Defendant's conduct occurred five years ago, it was serious and significant.  Defendant purchased many firearms including eight semi-automatic firearms to sell to people likely engaged in criminal conduct.  Law enforcement recoveries of 23 firearms he purchased in crimes evidence that fact.  As such, his criminal activity showed his dangerousness to the public.  The fact that some of the firearms he sold have not been recovered is evidence of his actions continued danger to the public.

Additionally, Defendant has not had a flawless period on pretrial release with a missed and positive drug test for marijuana on March 3, 2025 and March 11, 2025 respectively.  To his credit, he has tested negatively since.  Also, to his credit, he seemed to have stopped purchasing firearms after ATF's preindictment visit.

Nevertheless, to promote deterrence, just punishment and to avoid sentencing disparity with similarly situated defendants, a term of incarceration is warranted under § 3553 factors.

//

//

- 2 -

IV.   CONCLUSION

Therefore, the United States respectfully requests the Court impose no less than 6 months imprisonment followed by 3 years of supervised release.

Respectfully submitted this 29th day of January 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):  Madeline A. Mayer.

*s/Sheila Phillips*
US Attorney's Office